UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                       :

MAYA IONE DELRIO FREEMAN,           :

                       Plaintiff,                :               21-CV-3617 (JMF)

         -v-                                       :                  <u>ORDER</u>

COMMISSIONER OF SOCIAL SECURITY,   :

                     Defendant.               :

------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       Pursuant to the Court's Order dated April 26, 2021, the parties were required to confer regarding whether they are willing to consent, under 28 U.S.C. § 636(c), to conducting all proceedings before the assigned Magistrate Judge. *See* ECF No. 4. If both parties consent, they were required to email to Furman_NYSDChambers@nysd.uscourts.gov a fully executed Notice, Consent, and Reference of Civil Action to a Magistrate Judge Form within two weeks of the date on which Defendant entered an appearance. If either party does not consent, they were to file, by the same date, a joint letter advising the Court that the parties do not consent. Defendant entered an appearance on May 14, 2021. *See* ECF No. 7. To date, the parties have not satisfied their obligations. As a courtesy, the parties' deadline is hereby EXTENDED, *nunc pro tunc*, to **June 8, 2021**. The Clerk of Court is directed to mail a copy of this Order to Plaintiff.

       SO ORDERED.

Dated: June 1, 2021
       New York, New York
                                                           JESSE M. FURMAN
                                                     United States District Judge