**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
MAYA I.D.F.,

                Plaintiff,                        21 **CIVIL** 3617(GRJ)

     -against-                             **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Decision and Order dated September 19, 2022, the Commissioner's Motion for Judgment on the Pleadings (Docket No. 13) is DENIED; Plaintiff's request for remand is GRANTED (Docket No. 17); and this case is REMANDED for further proceedings consistent with this Decision and Order; accordingly, this case is closed.

**Dated:** New York, New York
          September 19, 2022

                                                    **RUBY J. KRAJICK**

                                                    _____
                                                    **Clerk of Court**

                         **BY:**

                                                   _____
                                                   **Deputy Clerk**